CR 07 00787 JW    *Filed*    PVT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA
### *vs.*
## CARLOS CAGUIMBAL

# INDICTMENT

**COUNTS ONE AND TWO** :    Title 18, U.S.C. § 500 - Fraudulent Issuance of Postal Money Order

**COUNT THREE**:    Title 18, U.S.C. § 1001(a)(3) - False Statement

*A true bill.*

_____
*Foreperson*

Filed in open court this 12 day of December

A.D. 2007

_____
*United States Magistrate Judge*

**Bail. $** Summons noticed for 1/24/08 before Judge Lloyd

| DOCUMENT NO | CSA'S INITIALS |
|---|---|
| 1 | |

DISTRICT COURT
CRIMINAL CASE PROCESSING

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney



PVT

A 7  0 0 7 8 7 JW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 500 - Fraudulent Issuance of Postal Money Order;18 U.S.C. § 1001(a)(3) – False Statement |
| v. | |
| CARLOS CAGUIMBAL, | SAN JOSE VENUE |
| Defendant. | |

<u>INDICTMENT</u>

The Grand Jury charges that:

<u>COUNT ONE</u>  (18 U.S.C. § 500)

On or about November 22, 2005, within the Northern District of California, the

defendant,

CARLOS CAGUIMBAL,

being an employee of the United States Postal Service, did knowingly embezzle, steal, and

convert to his own use a blank money order form provided by the Postal Service, in violation of

Title 18, United States Code, Section 500.

//

//
INDICTMENT

1   COUNT TWO  (18 U.S.C. § 500)

2       On or about November 22, 2005, within the Northern District of California, the

3   defendant,

4                          CARLOS CAGUIMBAL,

5   being an employee of the United States Postal Service, separate and distinct from the conduct

6   alleged in Count One, did knowingly embezzle, steal, and convert to his own use a blank money

7   order form provided by the Postal Service, in violation of Title 18, United States Code, Section

8   500.

9   COUNT THREE (18 U.S.C. § 1001(a)(3))

10      On or about November 22, 2005, within the Northern District of California, the

11  defendant,

12                         CARLOS CAGUIMBAL,

13  in a matter within the jurisdiction of the United States Postal Service, an agency of the United

14  States, did knowingly and willfully make and use a false writing and document, knowing the

15  same to contain a false, fictitious and fraudulent material statement and entry, in that the

16  defendant stated, in a Postal Form 3533, that an entity herein referred to as "CMI" requested a

17  refund for spoiled and unused printed customer meter postage in the amount of $1,000, whereas,

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

INDICTMENT                           2

1    as defendant well knew, "CMI" had not in fact requested said refund, in violation of Title 18

2    United States Code, Section 1001(a)(3).

3

4    DATED: 12/12/07                                    A TRUE BILL.

5

6                                                       _____

7                                                       FOREPERSON

8

9

10

11   SCOTT N. SCHOOLS
     United States Attorney
12

13   _____
     MATTHEW A. PARRELLA
14   Chief, San Jose Branch

15

16   (Approved as to form: _____)
                           AUSA Choi
17

18

19

20

21

22

23

24

25

26

27

28
     INDICTMENT                              3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
                                   ☐ SUPERSEDING

--- OFFENSE CHARGED ---

Title 18, U.S.C. § 500 - Fraudulent Issuance of
Postal Money Order
Title 18, U.S.C. § 1001(a)(3) - False Statement

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:
Counts 1-2: five years imprisonment; $250,000 fine; three years
supervised release; $100 special assessment fee
Count 3: five years imprisonment; $250,000 fine; three years
supervised release; $100 special assessment fee

--- Name of District Court, and/or Judge/Magistrate Location ---
NORTHERN DISTRICT OF CALIFORNIA

Filed

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.
SAN JOSE

PVT

--- DEFENDANT - U.S. ---

▶ CARLOS CAGUIMBAL

DISTRICT COURT NUMBER

CR 07 00787 JW

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

Susan Baughan, Postal OIG

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:                          SHOW
   ☐ U.S. Att'y  ☐ Defense         DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

☐ prior proceedings or appearance(s)     MAGISTRATE
   before U.S. Magistrate regarding      CASE NO.
   this defendant were recorded under

Name and Office of Person
Furnishing Information on       SCOTT N. SCHOOLS
THIS FORM
                     ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)            EUMI CHOI

--- DEFENDANT ---

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction                }  ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other
      charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
                       filed

                       Month/Day/Year

DATE OF
ARREST

      Or... if Arresting Agency & Warrant were not
                                 Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

   If Summons, complete following:      *Where defendant previously apprehended on complaint, no new summons
   ☑ Arraignment  ☑ Initial Appearance  or warrant needed, since Magistrate has scheduled arraignment
   Defendant Address:
                                        Date/Time: January 24, 2007 at 9:30am
      10 Elizabeth Circle
      Salinas CA 93906                  Before Judge: Howard R. Lloyd

   Comments: