JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS CAGUIMBAL, )<br>)<br>   Defendant. )<br>)<br>_____ ) | No.   CR 07-00787-JW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JANUARY 24, 2008 TO FEBRUARY 7, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A), (B)) |

     On January 24, 2008, the parties appeared for a hearing before the Honorable Howard R. Lloyd.. At that time, defendant Caguimbal made his initial appearance on a judicial summons issued upon the indictment of defendant. Based upon the request of the parties, the Court set the matter for a status hearing on February 11, 2008, before Judge Ware. At this hearing, both government and defense counsel requested an exclusion of time under the Speedy Trial Act.

     The United States hereby submits this written request for an order finding that the time between January 24, 2008 and February 11 2008, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to

1

1  grant such a continuance would unreasonably deny counsel for defendant the reasonable time
2  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
3  §3161(h)(8)(B).
4
5  DATED: January 25, 2008                    JOSEPH P. RUSSONIELLO
                                              United States Attorney
6
7                                             _____/s/_____
                                              EUMI L. CHOI
8                                             Assistant United States Attorney
9
10                                            _____/s/_____
                                              MANUEL U. ARAUJO
11                                            Attorney for Defendant
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between January 24, 2008 and February 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE