JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00787 JW |
|    Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 11 2008 TO FEBRUARY 25, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) AND CONTINUANCE OF STATUS HEARING FROM FEBRUARY 11, 2008 TO FEBRUARY 25, 2008 |
| v. | ) ) | |
| CARLOS CAGUIMBAL, | ) ) | |
|    Defendant. | ) ) | |

     On January 24, 2008, the parties appeared for a hearing before the Honorable Howard R. Lloyd.  At that time, defendant Caguimbal made his initial appearance on a judicial summons issued upon the indictment of defendant.  Based upon the request of the parties, the Court set the matter for a status hearing on February 11, 2008, before Judge Ware.  The parties are now requesting that the February 11, 2008  hearing be continued  until February 25, 2008 to allow counsel for defendant reasonable time for effective preparation, and to allow the parties to explore the possibility of an early disposition.

     The United States hereby submits this written request for an order finding that the time between February 11, 2008 and February 25, 2008, is excluded under the Speedy Trial Act, 18

U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B).

DATED: February 6, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EUMI L. CHOI
Assistant United States Attorney

_____/s/_____
MANUEL U. ARAUJO
Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between February 11, 2008 and February 25, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

DATED: February 7, 2008

JAMES WARE
UNITED STATES DISTRICT JUDGE