UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 2/25/2008
**Case No.:** CR-07-0787 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Gina Colin
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Carlos Caguimbal (NC)

**Attorney(s) for Plaintiff(s):** Emoi Choi
**Attorney(s) for Defendant(s):** Manuel Araujo

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant present and not custody for proceedings. The Court SPECIALLY SET this matter on March 27 , 2008 at 1:30 PM for Disposition. The parties are instructed to contact Courtroom Deputy prior to the hearing and submit a request to move the hearing if a continuance is necessary. Time is excluded from February 25, 2008 through March 27, 2008 for the parties effort to resolve this matter short of trial.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: