# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Judge James Ware, Presiding**
Courtroom 8 - 4th Floor

## Criminal Minute Order

Date: March 27, 2008                                      Time in Court:

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Clanton

---

**TITLE: United States of America v. Carlos Caguimbal**
**CASE NUMBER**: CR07-00787 JW
Assistant U.S. Attorney present: Eumi Choi
Deputy Federal Public Defender present: Manuel Araujo

---

**PROCEEDINGS:** Disposition Hearing

Disposition hearing held with counsel and defendant present.

Defendant pleads guilty to Counts 1, 2, & 3 of the Indictment. Matter is referred to Probation for the preparation of a presentence report.

Matter is continued to August 25, 2008 at 1:30 p.m. for Judgment and Sentencing.