# EXHIBIT A-1

#873023

Recording requested by:
Quality Loan Service Corp.

When recorded mail to:
Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

TS # CA-07-80946-DL
Loan # 4197776

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 10/18/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 to the Financial code and authorized to do business in this state, will be held by duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

**BENEFICIARY MAY ELECT TO BID LESS THAN THE TOTAL AMOUNT DUE.**

Trustor(s):     CARLOS GAGUIMBAL AND NERRISA CAGUIMBAL, HUSBAND AND WIFE AS JOINT TENANTS
Recorded:       10/30/2006 as Instrument No. 2006-095994 in book XXX, page XXX of Official Records in the office of the Recorder of MONTEREY County, California;
Date of Sale:   8/13/2007 at 10:00 AM
Place of Sale:  At the main (South) entrance to the County Courthouse, (facing the Courtyard off Church St.), 240 Church Street, Salinas, CA.
Amount of unpaid balance and other charges: $472,875.61
The purported property address is:     1615 CHICO WAY
                                       SALINAS, CA 93906
Assessors Parcel No. 261-505-002-000

The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. If no street address or other common designation is shown, directions to the location of the property may be obtained by sending a written request to the beneficiary within 10 days of the date of first publication of this Notice of Sale.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.**

Date: 7/21/2007           Quality Loan Service Corp.
                          2141 5th Avenue
                          San Diego, CA 92101
                          619-645-7711 For NON SALE information only
                          Sale Line: 714-259-7850 or Login to: www.fidelityasap.com
                          Reinstatement Line: (619) 645-7711 ext 400

                                        /s/
                          Nancy Weik,

If you have previously been discharged through bankruptcy, you may have been released of personal liability for this loan in which case this letter is intended to exercise the note holder's rights against the real property only.

# EXHIBIT A-2

# CERTIFICATE OF APPRECIATI

This certificate is presented to

# CARLOS CAGUIMBAL

An official commendation and recognition of contributions to the United States Postal Se

San Jose, California

dated at

July 12, 1999

on

District Manager, Customer Service & Sale

# EXHIBIT A-3

# Special Achievement Award

is conferred upon

__Carlos Caquimbal__

in recognition of exceptional performance.

__Salinas, California__
dated at

__December 8, 1999__
on

*Marshall C. Perry*
Marshall C. Perry
Postmaster

# EXHIBIT A-4

# Award Recommendation/Authorization

Suggestion Number

| Employee Name (Last, First, MI) | SSN | Employee Installation (City, State, ZIP + 4) | Finance Number |
|---|---|---|---|
| Caguimbal, Carlos I. | 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 | Salinas  CA 93912-9998 | 05-6702 |

| Employee Position Title | Salary Schedule Grade/Step | Category Code * | Benefits ** | Account Number | Sub. Acct. Number | Gross Amount |
|---|---|---|---|---|---|---|
| SSA | PS-05 | 22 | | 51313 | | $500.00 |

* Category Codes/Type of Awards:

- [ ] 11 - Employee Suggestion (Measurable Benefits)
- [x] 22 - Special Achievement Award
- [ ] 12 - Employee Suggestion (Six-Month Evaluation)
- [ ] 23 - Meritorious Service Award
- [ ] 15 - Employee Suggestion (Nonmeasurable Benefits)
- [ ] 24 - Distinguished Service Award
- [ ] 20 - Quality Step Increase #
- [ ] 30 - Other
- [ ] 21 - Certificate of Appreciation #

** Show benefits only for Category 11.  Exception:  If the amount shown originally is changed by the six-month evaluation, show the addition (or reduction) for category 12.

# NOTE:  For Quality Step Increase and Certificate of Appreciation awards do not send original to the Minneapolis Information Service Center.

Brief Analysis of Improvement or Estimated First-Year Savings, or Basis for Incentive Award:

As the 204b assigned to the Main Office Window section, Mr. Caguimbal took over the operation with out previous management experience, and ran it succesfully for 4 months. Mr. Caguimbal was tasked with the removal of collection boxes to save budget hours and total operating expenses. Mr. Caguimbal completed density studies, identified lightly used boxes and completed work orders to have them removed. With close consultation with delivery programs, Mr. Caguimbal reworked the collection routes condensing 5 collection routes into two, saving the Salinas Post office approximately 30 hours a week, 120 hours an AP and 1560 hours a year. This translates to an approximate cost savings of $18,720 payroll dollars a year.

Mr. Caguimbal is always respectful to his peers and employees, is dependable and a team player. It is for these reasons that I am recommending him for a special achievement award.

[APR 2002 Received Post Office Operations stamp]

| Recommended By (Typed Name and Signature) | Title | Date |
|---|---|---|
| Richard Keppeler Jr. | Supervisor, Cust. Svc. Suppt. | 04/23/02 |
| Adoption Authorized By (Typed Name and Signature) | Title | Date |
| James Korthof | Postmaster | 4-23-02 |
| Approved By (Typed Name and Signature) | Title | Date |
| | Daryl A. Ishizaki, Mgr. Post Office Operations | 4/25/02 |

TransFORM PS Form 1727, March 1994                                                                1 - Minneapolis ISC

# EXHIBIT A-5


**UNITED STATES POSTAL SERVICE**

# Special Achievement Award

is conferred upon

## Carlos I. Caguimbal

in recognition of exceptional performance.

Salinas, California

dated at

May 1, 2002

on

*Sam Vasquez*
Sam Vasquez
Postmaster

# EXHIBIT A-6

# CERTIFICATE OF APPRECIATION

This certificate is presented to

# Carlos I. Caguimbal

An official commendation and recognition of your contributions to the United States Postal Service.

SALINAS, CA
dated at

JULY 3, 2002
on

WINTON A. BURNETT
DISTRICT MANAGER
SAN JOSE PERFORMANCE CLUSTER