# EXHIBIT A-7

# Certificate of Appreciation

Presented To

# *CARLOS I. CAGUIMBAL*

An official commendation and recognition of your contributions to the United States Postal Service.

**October 26, 2005**

Date

*Irma Solis-Smith*
*Postmaster*

# EXHIBIT A-8

*Salinas Post Office*

**UNITED STATES**
**POSTAL SERVICE**

October 26, 2005

Carlos Caguimbal
Supervisor, Customer Service (A)

Dear Carlos,

I want to personally thank you for your contributions to the success of the Salinas Post Office for FY 2005.

Your enthusiasm, willingness and team work spirit is attributed to the success of window operations at the Steinbeck and Main Office Window Sections. Your effort to provide good service is genuinely appreciated.

A copy of this letter will be placed in your Official Personnel File.

Irma Solis-Smith
Postmaster

Cc: OPF File

# EXHIBIT A-9

# Honoring labor leader



RICHARD GREEN/THE CALIFORNIAN

A woman walks Thursday past an announcement of the new Cesar Chavez stamp at the main Salinas post office on Post Drive.

# Event to celebrate Chavez stamp

**It will coincide with exhibit on UFW founder at Steinbeck Center**

**By Mike Nemeth**
The Californian

A week after the Cesar E. Chavez stamp makes its national debut, Salinas-area residents can celebrate the farm labor leader's life at the National Steinbeck Center.

At 3 p.m. May 2, the center's Salinas room will come alive with a more than 120-foot display paying tribute to Chavez and the farm workers for whom he fought.

Besides a stamp-unveiling ceremony, the event will feature a Chavez documentary video, music and display-information booths. It will wrap up with a celebration at Cesar Chavez Elementary School, where students will dance, recite poetry and sing songs.

An exhibit at the Steinbeck Center titled "Remembering Our Past to Help Shape Our Future" will highlight everything from photos of Chavez to artifacts, such as a 1920s license plate and old farming tools.

Organizers also will attempt to shed light on the parallels between the struggles of farm workers who migrated here from Mexico and those of Anglo Dust Bowl refugees whose struggles were chronicled in Steinbeck's "Grapes of Wrath."

"Cesar Chavez's family lost their ranch at the same time as everybody was losing theirs in Oklahoma and Arkansas," said Juan Martinez, a Hartnell College trustee who worked with the U.S. Postal Service on the event. "They all went through the same economic slumps. Cesar was forced into migration

**What's next**

A ceremony recognizing the new Cesar Chavez postage stamp is scheduled for 3 p.m. May 2 at the National Steinbeck Center, 1 Main St., Salinas. The event is free and open to the public.

along with all the folks from the 'Grapes of Wrath.'"

"I thought it was important that people understand why he's receiving the stamp. Little kids don't know, and here, you get to go in and see the activities that took place that created the situation that created the movement of the farm worker."

Carlos Cagiumbal, a claims and inquiry clerk at Salinas' main post office, worked with Martinez on the event and said it's only fitting that Salinas, with its large population of farm workers, has its own Chavez-stamp unveiling.

"It really touches the heart in the Salinas Valley," Cagiumbal said.

# EXHIBIT A-10

**City of Salinas** -PUBLIC WORKS DEPARTMENT

MAINTENANCE SERVICES • 426 Work Street • Salinas, California 93901 • (831) 758-7233

April 21, 2004

Carlos Caguimbal
USPS Event Coordinator
1011 Post Drive
Salinas, CA 93907

Dear Mr. Caguimbal;

I received your invitation to participate in the Postmaster Installation Ceremony on May 7th at 1pm. I was honored to receive the invitation and would be proud to participate in the event. It is of special interest to me as I was a postal employee long ago before I began my current civil service career. I worked both as a Carrier and Postal Clerk at Rincon Annex and FPO San Francisco as well as the Main Post Office in Eureka. My memories of those times are all good. The Post Office work experience and the postal co-workers helped to inspire me to enter and eventually complete a college career. Some of my current career successes have a foundation in what I took from my experiences as a Federal employee. It is also a great pleasure to see another woman make important in roads into a traditionally male dominated profession. The Post Office provided career advancement opportunities to women even when I was a young employee many years ago.

I hope you will extend my personal congratulations to Irma Solis-Smith for her accomplishments that have resulted in her appointment to this very important position. I am sure she will be not only an asset to the Postal Service but to the Salinas community.

Sincerely,

Denise C. Estrada, Director
Maintenance Services
City of Salinas