# EXHIBIT B

February 8, 2008

Honorable James Ware
U.S. Federal Court
Northern District of California

Dear Honorable Judge Ware,

My name is Annie Bayhonan, I am the oldest of 7 siblings, and reside at 1796 Cascade Ct. In Salinas, Ca. I've been working as a letter carrier with the U.S. Postal Service here in Salinas for the past 14 years. I have known Carlos for more than 23 years since he is married to my younger sister Nerissa. When I met Carlos, I felt he was a good choice for my sister. He was very friendly and well mannered. I wasn't surprised that my parents took to liking him so quickly, since they were very critical on who we dated.

As my parents aged, they brought along many medical problems mainly due to diabetes and hyper-tension. It was Carlos whom they trusted to take them to the doctors office. When they were feeling sick or ill, he cared for them anytime day or night. When my parents had to stay over night in the hospital, he would stay with them. My mother has since passed away, but he still takes care of my father when he is ill and needs to see the doctor. My father only trusts Carlos to take care of him medically. He usually won't tell us that he is sick, he only tells Carlos.

Carlos and I worked at the same post office for many years. I've always known him to be a hard worker and very likeable person. My co-workers always used to comment to me about how hard of a worker he was and how he was always willing to help them. He was involved with a number of special projects with the post office. He put together the "Heroes of 2001" and "Cesar Chavez" stamp dedication ceremonies for the Salinas Post office. I was amazed at the public and local government support he was able to get. He was able to get the mayor and representatives from Congressman Sam Farr and Senator Barbara Boxer to be keynote speakers. Because of his efforts with the "Heroes of 2001", he was invited by the American Red Cross to represent the US Postal Service at a special event in August of 2001. The post office also rewarded him by sending him to various post offices as a interim supervisor. He also came be to be a carrier supervisor at some of the offices I worked at in Salinas. He was very easy to communicate with and get along with. He was always willing to listen to our problems and find a solution. We were sad when his time as supervisor came up and he went back to craft work.

As a family man, Carlos is the model husband and father. The two children I have are unfortunate to not to have a father figure since I never got married. Carlos has been the father figure for my children. He always welcomes them into his house and is quick to help them with their needs. He always has us over for Sunday dinner where we socialize and come close as a family.

I am fully aware of the charges against Carlos. This is way out of character for him. If not given the situation he was in, I know he would not have done what he did. I know how remorseful he is and that he regrets what he has done. It would be of no benefit to have him taken away from his family. Who would take care of my father if Carlos is taken away?

Sincerely,

Annie Bayhona

# EXHIBIT C

Office of the Federal Public Defender
Northern District of California
Manuel U. Araujo, Attorney at Law

My name is Michael Batchelor. I am a Police Officer with the city of Salinas, CA. I reside at 18995 Vierra Canyon Rd., Prunedale, CA and can be reached at (831)595-8584.

I first met Carlos at Church through my wife Christine approximately 22 years ago. My wife and I have participated in numerous gatherings together with his family. He has become a very good friend and I consider him to be family.

He is a kind, caring and compassionate husband and father of two, Kevin and Shelly. He is a role model for both of his children who he loves very much. Kevin and Shelly would be crushed and the family would suffer without the presence of their father.

Carlos is a devout Christian. The doors to his home are always open for dinner to fellow Christians after Church on Sundays. He is the Choir leader and strongly believes in devotion, team building and fellowship. We attend Church on Thursdays and Sundays. He often attends both in the morning and evening worship services. I repeatedly observe the dedication and commitment he has to his religion and to those he is leading.

Carlos's situation pains me, and even still I do not hesitate to write this letter. I believe he is a productive citizen. When I first learned of his shortcomings, he expressed a strong desire to make up for his poor choices. His head was low and he expressed extreme disgust in his decisions. He apologized for his actions and for have putting me in this situation. I do not take this lightly. I know this is completely out of character for Carlos and I am shocked that recent events have led him down this road. He recognizes his choices were wrong and he desires to take responsibility for his actions.

My only hope is that the court take a look at the good Carlos has done and exercises compassion during sentencing.

Thank you in advance for your time and consideration in this matter.


Sincerely,

Michael A Batchelor
Police Officer, City of Salinas

# EXHIBIT D

Office of the Federal Public Defender
Northern District of California
Manuel U. Araujo, Attorney at Law

My name is Christine P. Batchelor, O.D.; an optometrist practicing in Salinas, CA. I reside at 18995 Vierra Canyon Rd., Prunedale, CA and can be reached at (831)320-9366 if need be.

I have known Mr. Carlos Caguimbal for over 25 years. I first met him during high school at North Salinas High. He was dating a friend of mine then, whom he eventually married and started a family with. Through the years we have coordinated many gatherings together, celebrated birthdays, attended weddings, and observed holidays. He has become a very good friend and I consider him to be like family.

He is a very kind, caring and compassionate husband and father of two. He enjoys cooking dinner for family and friends almost every Sunday and his home is always open to welcome us all. These nights allow us to form camaraderie as well as fellowship. We also attend the same church where he is the choir leader and I am the organist. I observe first hand the dedication and commitment he has to his religion and to those he is leading. He does not hesitate to help those in need and always puts others first before himself.

Carlos's situation is unfortunate however, I believe him to still be a respectful citizen. I feel the events that have led him to his present situation were due to desperation at that time and his actions were completely out of character. He has been cooperative with all authorities involved and has expressed his sincere apologies. He realized his lack of good judgment and I believe he is truly sorry.

Thank you in advance for your consideration in this matter.

Sincerely,

Christine P. Batchelor, O.D.