# EXHIBIT E

Ely Aquino
214 Auburn Street Apt. C
Salinas, CA 93901
(408) 476-6762

Monterey County Office for Employment Training

February 11, 2008

Honorable James Ware
U.S. Federal Court
Northern District of California

Dear Honorable Judge Ware,

### Re: Character Reference – Carlos Caguimbal

The purpose of this letter is to provide a character reference for Mr. Carlos Caguimbal whom I have known as a brother in the faith and friend for a period of twenty-five years.

My name is Ely Aquino. I work as a Workforce Development Specialist for Monterey County Office for Employment Training. Many of my working years were spent assisting the economically disadvantage youth and adult in job placement or classroom training. In addition, I am affiliated with the Iglesia ni Cristo (Church of Christ) for over 30 years. I led the youth group in the district and local level for 14 years and was involved with other church functions.

I first met Carlos when he was converted to the Iglesia ni Cristo in the 1980's. We were both in the Youth organization where I was youth president at the time. Carlos and I became acquainted through our beliefs, and since then we have formed a close friendship. Accordingly, having gotten to know Carlos so well over the years, I believe puts me in a position to provide you with an accurate assessment of his character.

As a young man, Carlos was a hard-worker and highly committed to his education and the military. I believe his excellence in the military will attest to that fact. In addition, he was quite involved with social events and assisting those in need. Through our church we were involved with various community clean-up projects, not only in Salinas where we live, but also in Marina. Carlos and I led several committees where he was instrumental in the success of various church musical programs. Outgoing, and always willing to help someone out, Carlos was popular with people around him.

As a friend, Carlos is a great choice. Carlos is a standout person. He is a loyal, honest, considerate and supportive individual who has the ability to see and understand things from another person's perspective. He is a fun, loving man who enjoys having friends and family over on Sunday afternoons for dinner and socializing.

As a husband and a father, Carlos follows the teachings of the church, to love and to provide the needs of his family. Carlos has been married for 23 years to his high school sweetheart Nerissa, and until now their bond is filled with respect and honor. He has been able to encourage his family to be officers in the Iglesia ni Cristo--all of them are in the choir.

As a choir leader, Carlos is a great direct communicator and knows how to raise and discuss common living issues and problems of the choir members in a respectful caring manner. He is hyper-sensitive to the feelings of others. Individuals come to him for advice on many occasions.

To tell the truth, I really can't think of anything negative about Carlos's personality. He is a fine, well-balanced person with an abundance of positive qualities. Carlos is a very respectful citizen and a God fearing man.

I am fully aware of the charges against Carlos. Out of his character and a momentarily lapse in judgment, he is regretful and very remorseful. It would be more harmful if he was sent away.

Sincerely,

Ely Aquino
Workforce Development Specialist

**Credentials in the Church of Christ:**

Youth Organization Leader
Senior Choir
Youth Choir Leader
Locale Treasurer

# EXHIBIT F

Manuel U. Araujo, Attorney at Law
Office of the Federal Public Defender
Northern District of California

Dear Manuel,

My name is Frances Sacayanan; I am the sister in law of Carlos Caguimbal. I am 37 years old and work as a certified nurses assistant at Pacific Coast Care in Salinas. I live at home with my sister and father here in Salinas and have been caring for my father for a few years now since he's had a stroke and dementia.

I met Carlos in 1982, when he started calling my sister. I used to act like her personal secretary and screen her calls.

When my husband was suddenly killed in an industrial accident in August of 1999, he came to my help right away. He was always there to comfort me when I had a problem. Since my husband was my source of income before he died, I did not know how I was going to survive and pay my bills. I would stay at Carlos's house when I was too depressed to stay alone at home. Carlos and his family eventually moved in with me in January of 2000 at 1615 Chico Way in Salinas and paid the rent and utilities for me since I was only working part time at Dolce Vita Day Spa in San Jose. I have lived with him and his family until April of 2006 when I moved in with my sister, Annie at 1796 Cascade Ct. in Salinas, to take care of my father, Cristuto, who had a stroke.

From the beginning since I've known Carlos, he's been the most sincere and unselfish person I've known. He is always helping people with their needs and has a kind and caring nature. Because my parents were most comfortable with him, he would be the one to take my dad and mom to the hospital when they were sick. When my mother got sick and eventually died of ovarian cancer, he was the one to stay with her in the hospital. He's still the one I call when my dad gets sick and he takes him to the hospital.

He is very active as the choir director at the Iglesia ni Cristo (Church of Christ) in Salinas. He helps the church youth with various activities and programs. He used to hold Sunday barbecues at his house where many of the church members and kids gathered to enjoy his awesome cooking. He still is involved with planning church activities such as picnics, movie trips, musical programs and a lot of other activities. A lot of kids and members look up to him for advice and guidance.

I am fully aware of the charges against Carlos and find it very difficult to believe. He was in charge of a lot of events involving the post office and the church and never once did any funds go missing or misused.

I know that he is very remorseful for what he did and know that he was only trying to help his family. His family means everything to him and I owe him everything for including me in his family. A lot of people would be affected if he were to be taken away.

Sincerely,

Frances Sacayanan

# EXHIBIT G

05 February 2008

To whom it may concern:

This letter is intended to provide a reference to Mr. Carlos Caguimbal. I have known Carlos for many years, in various capacities. Over the many years that I have been acquainted with him, I have always known him to be a person with the highest moral character, courage of conviction, and devoted to his family and his faith. He is always willing to help wherever and whenever necessary.

He has served his country proudly as a member of the United States Air Force and sacrificed immensely for a country that he so dearly loves. He currently serves as the Choir Leader for his congregation in Salinas, where he spends a considerable amount of time mentoring and training the choir members to perfect their hymns for our Worship Services. He is always willing to help those who may be less fortunate or just to listen in times of crisis.

I hold Carlos in very high regard and am confident that he is very remorseful for the mistakes that he has made. I am available if you would like to speak to me in person or by phone to further clarify my statement. I can be reached at (209)640-0732.

Thanks in advance for your favorable consideration.

Ray Padmore BS, MSM
Head Deacon
Church of Christ