# EXHIBIT H

```
                    MILITARY & VETERANS AFFAIRS OFFICE
 8/22/07                 VETERANS RECORD PRINTOUT                    P.

     CAGUIMBAL, Carlos I.
     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
  R: SS 566 08 9391
 NR:    20842


*************************DISABILITIES*****************************

 G CD        PCT  DESCRIPTION                                    EFF DAT

 7            40  Prosttodynia of Undertermined Etiology         10/27/0
 9-7319       10  Chronic Right Lower Abdominal Pain.            07/09/9
 9-5206        0  Residuals of Right Elbow Injury                07/09/9
 0             0  Hearing Loss
 0             0  Tinnitus
 9-6600        0  CHRONIC RESPIRATORY CONDITION.

  PCT:       50
 B PCT:       0
 B PCT:      50
```

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| CAGUIMBAL  CARLOS  IGNACIO | AIR FORCE—REG AF | 566 08 9391 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| SSGT | E-5 | 1964 NOV 20 | Year N/A  Month  Day |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| OAKLAND CA | SALINAS CA 93901 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| 93 SPS (ACC) | CASTLE AFB CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE  None |
|---|---|
| NOT APPLICABLE | Amount: $ 100,000 |

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

81170 SECURITY SUPERVISOR, 8 YEARS AND 2 MONTHS

### 12. RECORD OF SERVICE

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1984 | MAR | 19 |
| b. Separation Date This Period | 1992 | JUL | 08 |
| c. Net Active Service This Period | 08 | 03 | 20 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 02 | 13 |
| f. Foreign Service | 02 | 01 | 22 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 1989 | JUN | 01 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
AIR FORCE OUTSTANDING UNIT AWARD W/2 OLC, AIR FORCE GOOD CONDUCT MEDAL W/1 OLC, NATIONAL DEFENSE SERVICE MEDAL, AIR FORCE OVERSEAS RIBBON-SHORT, AIR FORCE LONGEVITY SERVICE AWARD RIBBON W/1 OLC, USAF NCO PME GRADUATE RIBBON, SMALL ARMS EXPERT MARKSMANSHIP RIBBON, AIR FORCE TRAINING RIBBON.

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)
NCO PREPARATORY COURSE, 2 WEEKS, FEB 87; BASIC MILITARY TRAINING SCHOOL, 6 WEEKS, APR 84; AIR BASE GROUND DEFENSE COURSE, 332 HRS, AUG 84; SECURITY SPECIALIST COURSE, 241 HRS, JUN 84; SUPERVISORS SAFETY TRAINING COURSE, 4 DAYS, JUN 87; STUDENT LEADER PROGRAM, 18HRS, MAY 84

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | 20.0 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No |
|---|---|---|

**18. REMARKS**
TERM OF CURRENT ENLISTMENT: 6 YEARS.   DISABILITY SEVERANCE PAY - $22,008.00
TAMP ELIGIBLE.
———————————————————NOTHING FOLLOWS———————————————————

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 1796 CASCADE COURT SALINAS, CA 93906 | ANTONIO CAGUIMBAL  11 ALVIN CIRCLE SALINAS, CA 94906 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO  CA  DIR. OF VET AFFAIRS  Yes  No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) BARBARA J. SHROUT, MSGT, USAF NCOIC, RETIREMENTS AND SEPARATIONS |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AFR 35-4 | JFL | 20 |

**28. NARRATIVE REASON FOR SEPARATION**
DISCHARGE FOR DISABILITY - ENTITLED TO SEVERANCE PAY

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214, NOV 88                Previous editions are obsolete.                MEMBER-4

# EXHIBIT I

# Certificate of Achievement
## Salinas Adult School

Hereby presents this award to

**Carlos Caguimbal**

For **Top Theory** in the

*Certified Nursing Assistant Class*

Given this 13th day of June 2007.

_____
Instructor

# EXHIBIT J

# Certificate of Achievement

## Salinas Adult School



Hereby presents this award to

### Carlos Caguimbal

For the successful completion of the

**Certified Nursing Assistant Program**

Given this 13th day of June 2007.

Maggie M. Rossi, RN Bromberg
Instructor