# EXHIBIT K

## Applicant Information

| Name (Last, First, MI) | Title of Present Position |
|---|---|
| Caguimbal, Carlos I. | Sales and Service Associate |
| Mailing Address | Name and Location of Employing Office |
| PO Box 6966<br>Salinas Ca 93912 | Salinas Main Post Office<br>1011 Post Dr<br>Salinas Ca 93907 |

| Home Phone (Area Code) | Work Phone (Area Code/PEN) | Social Security Number | Grade | Years of Service |
|---|---|---|---|---|
| (831) 449-8986 | (831) 770-7143 | 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 | PS-5 | 8 |

## Information About Vacant Position

| Vacancy Announcement Number | Closing Date | Position Applied For | Grade |
|---|---|---|---|
| | 11/15/02 | Associate Supervisor Program | |
| Name of Vacancy Office | | Location of Vacancy Office | |

## Education/Training

| Ref. No. | Date (Mo./Yr.) From | Date (Mo./Yr.) To | Name of Educational Institution (Address Not Required) | Major Fields of Study | No. of Credits (Hours) Semester | No. of Credits (Hours) Quarter | Type of Degree | Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/87 | 06/87 | USAF Supervisor Safety Training | Safety | | | Cert. | 06/87 |
| 2 | 02/87 | 02/87 | USAF NCO Prep. Course | Leadership | | | Dipl. | 02/87 |
| 3 | 07/84 | 08/84 | USAF Air Base Ground Defense | Military Police | | | Dipl. | 08/84 |
| 4 | 06/84 | 07/84 | USAF Security Specialist School | Military Police | | | Dipl. | 06/84 |
| 5 | 05/84 | 05/84 | USAF Student Leader Program | Leadership | | | Cert. | 05/84 |
| 6 | 08/83 | 12/83 | Hartnell Junior College | General | 8 | | | |
| 7 | 09/79 | 06/83 | High School<br>North Salinas High School | | | | | |

| Ref. No. | From | To | Name of Postal or Other Training Facility | Course Name |
|---|---|---|---|---|
| 8 | 01/02 | 01/02 | Willow Glen Post Office | POS Back Office |
| 9 | 08/99 | 08/99 | Willow Glen Post Office | Claims & Inquiries |
| 10 | 05/99 | 05/99 | Willow Glen Post Office | POS |
| 11 | 02/99 | 02/99 | Steinbeck Station Post Office | Window Clerk |

## Postal Positions

List permanent positions first, then temporary/detail assignments of 30 or more consecutive days.
List in reverse chronological order. Use additional space on page 2.

| Ref. No. | Date (Mo./Yr.) From | Date (Mo./Yr.) To | Position Title | Name & Location of Organization | Grade |
|---|---|---|---|---|---|
| 12 | 02/99 | Present | Sales & Service Associate | Salinas Main Post Office | PS-5 |
| 13 | 02/94 | 02/99 | Mail Processor | Salinas P&DF | PS-4 |
| 14 | 08/02 | 10/02 | Officer in Charge | Tres Pinos Post Office | E-13 |
| 15 | 02/02 | 05/02 | Customer Service 204B | Salinas Main Post Office | E-16 |

TransFORM PS Form 991, October 1993 (Page 1 of 5)

**Nonpostal Positions** — List permanent positions first, then temporary/detail assignments of 30 or more consecutive days. List in reverse chronological order. Use additional space below.

| Ref. No. | Date (Mo./Yr.) From | Date (Mo./Yr.) To | Position Title | Grade or Salary | Name & Location of Organization |
|---|---|---|---|---|---|
|  | 03/93 | 02/94 | Federal Police Officer | GS-5 | Naval Post Graduate School, Monterey CA |

Additional space for use in completing preceding information and listing any special assignments, projects, civic and professional organizations, awards, honors, special skills, etc.

| | | |
|---|---|---|
| 08/02 | Heroes of 2001 Stamp Dedication Ceremony | Event planner and coordinator. |
| 09/02 | September 11 Remembrance Event | US Postal Service representative |
| 08/02 | Certificate of Appreciation | San Jose District Manager Winton Burnett |
| 05/02 | Special Acheivement Award | Salinas Post Master Sam Vasquez |
| 12/98 | Special Acheivement Award | Salinas Post Master Marshall Perry |
| 08/98 | Special Achievement Award | San Jose Dist. Manager James Aanesen |

**Application must be received at vacancy office by closing date.**
I hereby certify that the foregoing information is true, complete, and accurate, to the best of my knowledge and belief.

| Signature of Employee | Date |
|---|---|
|  |  |

☐ If you are applying for a specific position, complete pages 1-4 of this form and submit the completed form to your supervisor, who will complete the evaluation for each requirement. If you want a copy of the evaluation, check the box at left. If you are completing this form for another reason, disregard pages 3 and 4, unless otherwise instructed.

TransFORM PS Form 991, October 1993 (Page 2 of 5)

| Supervisory Evaluation for Initial-Level Supervisor Position | Name<br>Carlos I. Caguimbal |
|---|---|
| Announcement Number | Initial-Level Supervisor Position<br>Associate Supervisor Program |

Requirement    Leadership

On July 3, 2002, I was tasked with the coordination of various postal personnel and community agencies for the Heroes of 2001 Stamp Dedication Ceremony held in Salinas K-Mart Parking Lot.

When the various organizations arrived, I set up traffic control personnel to guide the different emergency response vehicles and postal vehicles to their respective staging areas. I had a stage crew responsible in the set up and disassembly of the stage and audience areas. I had a corp. of volunteers responsible in the set up and retrieval of refreshments donated by numerous grocery and restaurant establishments from around the community. I coordinated with the Master of Ceremonies the schedule of events to ensure it ran smoothly. What ever problems arose I took care of them swiftly without causing any break in the flow of the event. My leadership abilities enables the event to go smoothly and become a huge success.

Ability Rating (Check One)    ☐ Superior    ☐ Above Average    ☐ Basic

Signature of Supervisor    Date    Office Address    Phone No.

Printed Name & Position

TransFORM PS Form 991, October 1993 (Page 4 of 5)

| Statement of Qualifications | Name: Carlos I. Caguimbal |
|---|---|
| Announcement Number | Position Applied For: Associate Supervisor Program |

Applicant position requirements are enumerated on the vacancy announcement. Enter the requirement in the space provided and explain your qualifications in reference to the requirement. A situation/task-action-result format for describing qualifications is recommended.

**APPLICANT - COPY THIS PAGE. USE ONE PAGE PER REQUIREMENT/FACTOR.**

Requirement/Factor

**Oral Communications**

As planner and coordinator for the 2001 Heroes Stamp Dedication Ceremony held in Salinas on July 3, 2002, I had to verbally communicate by phone and by person to those dignitaries I wished to be guest speakers at this special event. For example, when I invited Dan Hernandez, Fire Chief for the City of Salinas, I initially made an appointment to visit him at his office in Salinas. During my visit I explained to Chief Hernandez the significance of the Heroes of 2001 stamp and how it would aid those emergency relief personnel who were either killed or permanently injured during the terrorist acts of Sept. 11, 2001. I explained to him the significance and honor it would be for him to address those who would be in attendance during the stamp dedication ceremony to be held on July 3, 2002. He was so moved by my explanation that not only did he agree to speak at this gathering, he also authorized the use of one of his fire engines as a static display for the event.

| Reference Number | Reference Name & Phone Number (For use of review committee & selector) |
|---|---|

TransFORM PS Form 991, October 1993 (Page 3 of 5)                                    Requirements

| Supervisory Evaluation for Initial-Level Supervisor Position | Name: Carlos I. Caguimbal |
|---|---|
| Announcement Number | Initial-Level Supervisor Position: Associate Supervisor Program |

Requirement: **Leadership**

On July 3, 2002, I was tasked with the coordination of various postal personnel and community agencies for the Heroes of 2001 Stamp Dedication Ceremony held in Salinas K-Mart Parking Lot.

When the various organizations arrived, I set up traffic control personnel to guide the different emergency response vehicles and postal vehicles to their respective staging areas. I had a stage crew responsible in the set up and disassembly of the stage and audience areas. I had a corp. of volunteers responsible in the set up and retrieval of refreshments donated by numerous grocery and restaurant establishments from around the community. I coordinated with the Master of Ceremonies the schedule of events to ensure it ran smoothly. What ever problems arose I took care of them swiftly without causing any break in the flow of the event. My leadership abilities enables the event to go smoothly and become a huge success.

Ability Rating (Check One):  ☐ Superior   ☐ Above Average   ☐ Basic

| Signature of Supervisor | Date | Office Address | Phone No. |
|---|---|---|---|
| Printed Name & Position | | | |

TransFORM PS Form 991, October 1993 (Page 4 of 5)