1   BARRY J. PORTMAN
    Federal Public Defender
2   MANUEL U. ARAUJO,
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant CAGUIMBAL

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11
    UNITED STATES OF AMERICA,          )    No. CR 07-00787-JW
12                                      )
                        Plaintiff,      )    **SUPPLEMENTAL TO DEFENDANT'S**
13  v.                                  )    **SENTENCING MEMORANDUM**
                                        )
14  CARLOS CAGUIMBAL,                   )
                                        )
15                      Defendant.      )
                                        )
16  _____   )

17
            Defendant, through his counsel, hereby submits for the Court's consideration the attached
18
    letter written by the defendant Mr. Carlos Caguimbal.
19
    Dated: August 19, 2008
20

21
                                        _____/s/_____
22                                      MANUEL U. ARAUJO
                                        Assistant Federal Public Defender
23

24

25

26