08/14/2008 08:39 PM EST

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 004 | CYNTHIA PEREZ | DCAN506CR000787 | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611021025 | 1 | PR | 100.00 | 07/08/2008 |
| 004 | CYNTHIA PEREZ | | 6855XX | VICTIM RESTITUTION | 4,927.88 | 4,677.88 | CT 34611021025 | 2 | PR | 100.00 | 07/08/2008 |
| 006 | NEOMA MARIE TORRES | | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611002072 | 1 | PR | 10.00 | 11/13/2007 |
| 006 | NEOMA MARIE TORRES | | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611002168 | 1 | PR | 40.00 | 11/30/2007 |
| 006 | NEOMA MARIE TORRES | | 504100 | SPECIAL PENALTY ASSESSMENT | | | CT 54611003390 | 1 | PR | 50.00 | 06/17/2008 |
|   |   |   |   |   |   |   | Sub-Total |   |   | 100.00 |   |
| 006 | NEOMA MARIE TORRES | | 6855XX | VICTIM RESTITUTION | 3,204.86 | 3,154.86 | CT 54611003390 | 2 | PR | 50.00 | 06/17/2008 |
|   |   |   |   |   |   |   | Division Payment Total |   |   | 350.00 |   |
|   |   |   |   |   |   |   | Grand Total |   |   | 350.00 |   |

Case No. DCAN506CR000787

US V TORRES

$100.00 SPECIAL ASSESSMENT PAID IN FULL on 7/8/2008

FILED
AUG 2 1 2008
J.W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE