UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** August 25, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR- 07-0787 JW | **U.S. Probation Officer:** Cheryl Simone |
| **Related Case No.:** N/A | **Interpreter:** N/A |

### TITLE

U.S.A. v. Carlos Caguimbal (NC)

**Attorney(s) for Plaintiff(s):** Eumi Choi
**Attorney(s) for Defendant(s):** Manuel Araujo

### PROCEEDINGS

1. Judgment and Sentencing as to Counts 1, 2, 3 of the Indictment

### ORDER AFTER HEARING

Hearing Held. Defendant present and not in custody for proceedings. The Court sentenced the Defendant as to Counts 1, 2, and 3 of the Indictment. The Court committed the Defendant to FIVE (5) YEARS Probation as to Counts 1, 2, 3, each count is to run concurrently to each other. The Court adopted the standard conditions and SIX (6) special conditions of Probation, $300 special assessment, $67,833.14 restitution.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: